IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

ANTWOIN HARBISON,                       )
                                        )
            Petitioner,                 )
                                        )
      v.                                )      CASE NO.  2:13-CV-589-WKW
                                        )
UNITED STATES OF                        )
AMERICA,                                )
                                        )
            Respondent.                 )

## **ORDER**

On June 18, 2015, the Magistrate Judge filed a Recommendation in this case

to which no timely objections have been filed.  (Doc. # 20.)  Upon an independent

review of the file in this case and upon consideration of the Recommendation, it is

ORDERED that the Recommendation is ADOPTED and that Petitioner's § 2255

motion is DENIED with prejudice.

A separate final judgment will be entered.

DONE this 13th day of July, 2015.

                                    /s/ W. Keith Watkins
                        CHIEF UNITED STATES DISTRICT JUDGE