IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ANTWOIN HARBISON, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CASE NO. 2:13-CV-589-WKW |
| ) | |
| UNITED STATES OF ) | |
| AMERICA, ) | |
| ) | |
| Respondent. ) | |

## **ORDER**

On June 18, 2015, the Magistrate Judge filed a Recommendation in this case. (Doc. # 20.) On July 27, 2015, Petitioner filed Objections to the Recommendation.[1] The court has reviewed *de novo* those portions of the Recommendation to which Petitioner has objected. *See* 28 U.S.C. § 636(b)(1). Upon consideration of the Recommendation and the Objections, it is ORDERED that the Objections are OVERRULED, that the Recommendation is ADOPTED, and that Petitioner's § 2255 motion is DENIED with prejudice.

A separate final judgment will be entered.

---

[1] The Objections were technically untimely, but Petitioner's change of address went unnoticed by the court, and Petitioner lacked notice of the Recommendation.

DONE this 18th day of August, 2015.

                                            /s/ W. Keith Watkins
                              CHIEF UNITED STATES DISTRICT JUDGE